first district at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

· J. Gray Lucas, for plaintiff in error; Joseph Krooth, of counsel. Norman K. Anderson and Benjamin Clarke, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**William V. Hoier, trading as William V. Hoier Company, appellant, v. Harry Kaplan et al., appellees. Gen. No. 28,701.**

Petition by contractor for mechanic's lien for installation of heating and ventilating plant. Demurrer to certain items sustained. Complainant standing by petition, dismissal ordered as to such items. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

Louis W. Reinecker, Jr., for appellant; Walter Hamilton, of counsel. Hyman J. Rosenberg, for appellees; Abraham Miller, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Robert Simpson et al., minors by guardian, appellees, v. May Ellen Simpson Anderson et al., appellants. Gen. No. 28,711.**

Interlocutory order appointing receiver in favor of complainants claiming interest as devisees and legatees under a will. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

Francis J. Sullivan and Henry P. Heizer, for appellants. Moses, Rosenthal & Kennedy, for appellees; Robert Bachrach and Lawrence W. Beilenson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Emanuel Mendelson, defendant in error, v. Mercantile Motor Insurance Exchange and Consolidated Insurance Agencies, plaintiffs in error. Gen. No. 28,334.**

Action on inter-insurance contract providing indemnity against theft of automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed January 22, 1924.

Rankin & Lustfield, for plaintiffs in error. Milton A. Kallis, for defendant in error; Herman Herson, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**Harry Schuman, defendant in error, v. Mercantile Motor Insurance Exchange and Consolidated Insurance Agencies, plaintiffs in error. Gen. No. 28,335.**

Suit on insurance policy against theft of automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed on remittitur. Opinion filed January 22, 1924.